# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-1260

_____

COMCAST CORPORATION and
LIBERTY MUTUAL INSURANCE
CO./HELMSMAN MANAGEMENT
SERVICES, LLC,

    Appellants,

    v.

BERNARD SMALLS,

    Appellee.

_____

On appeal from an order of the Office of the Judges of
Compensation Claims.
Edward R. Almeyda, Judge.

Date of Accident: November 26, 2016.

December 27, 2023


PER CURIAM.

    AFFIRMED.

ROBERTS, RAY, and M.K. THOMAS, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

Therese A. Savona and Neil Ambekar of Cole Scott & Kissane, P.A., Orlando, for Appellants.

William F. Souza of Law Offices of William F. Souza, P.A., North Miami Beach, for Appellee.